FILED
SCRANTON
MAR 20 2007
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:07-CR-115 |
| | : | |
| V. | : | Violations: |
| | : | |
| WALTER J. BATES | : | Title 18 U.S.C. §922(g)(1) (Possession of firearm |
| | : | by a convicted felon) |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

From on or about June 12, 2004 until on or about November 20, 2004,

in the Middle District of Pennsylvania,

**WALTER J. BATES,**

defendant herein, having previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, to wit:

1. Breaking and Entering with Intent to Steal, in Atlantic County, New Jersey on October 28, 1975;

2. Burglary in the 3rd Degree, in Camden County, New Jersey on November 10, 1983;

3. Two counts of Burglary in the 3rd Degree, in Camden County, New Jersey on August 9, 1982 and sentenced on November 5, 1982;

4. Burglary in the 3rd Degree and Possession of a Deadly Instrument, in Camden County, New Jersey on July 20, 1982 and sentenced on November 5, 1982;

5. Possession of a Weapon by a Previously Convicted Person in the 2nd Degree, in Gloucester County, New Jersey on September 8, 1997 and sentenced on February 20, 1998;

6. Burglary, in Gloucester County, New Jersey, on January 17, 1984 and sentenced on February 22, 1984;

7. Receiving Stolen Property in the 3rd Degree and Possession of a Weapon by a Felon in the 4th Degree, in Gloucester County, New Jersey on January 3, 1989 and sentenced on October 20, 1989;

did knowingly possess, in and affecting commerce, the following firearms:

1. Charter Arms, .38 caliber revolver, bearing serial number 914830;

2. Deutsche Werke, 6.35 mm (.25 caliber) semi-auto pistol, serial number 46201

which had been shipped and transported in interstate commerce,

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and 924(e).

A TRUE BILL

THOMAS A. MARINO
United States Attorney

Dated: 3/20/07